**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JESSICA R. PYNE** | § | |
| | § | |
| **vs.** | § | |
| | § | **Civil Action No. 4:16-cv-3370** |
| | § | |
| **STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY** | § | |
| | § | |

## JOINT NOTICE OF SETTLEMENT

**COME NOW**, Jessica R. Pyne, Plaintiff herein, and Starbucks Corporation d/b/a Starbucks Coffee Company and Host International, Inc., Defendants herein, and announce to the Court jointly, as indicated by the signature of counsel below, that the parties have reached an agreement to settle in principle, and the Parties are in the process of finalizing details of the settlement. The parties jointly request the Court to stay all deadlines in the above-captioned and numbered case until dismissal papers are filed, no later than March 5, 2018.

DATED: JANUARY 25, 2018.

Respectfully Submitted,

James L. Doyle, II
Texas State Bar No. 06094450
Federal Bar No. 124686
jim@jimdoylelaw.com

JIM DOYLE LAW FIRM
1018 Preston, Suite 850
Houston, TX 77002
(713) 224-5066 – Telephone
(713) 224-5055 – Facsimile

ATTORNEYS FOR PLAINTIFF
JESSICA R. PYNE
a/k/a JESSICA HART
**COUNSEL FOR PLAINTIFF**
**JESSICA R. PYNE**

**AND**

Timothy U. Stanford (*Attorney in Charge*)
Texas State Bar No. 19041030
tstanford@downsstanford.com
DOWNS STANFORD, P.C.
2001 Bryan Street, Suite 4000
Dallas, Texas 75201
(214) 748-7900 – Telephone
(214) 748-4530 – Facsimile

**ATTORNEYS FOR DEFENDANTS**
**STARBUCKS CORPORATION d/b/a**
**STARBUCKS COFFEE COMPANY and**
**HOST INTERNATIONAL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2018, the foregoing document was sent to the Clerk of the Court via the Southern District CM/ECF System, which will transmit a Notice of Electronic Filing to all attorneys of record.

/s/ *Timothy U. Stanford*
Timothy U. Stanford