IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSICA R. PYNE § | |
| § | |
| vs. § | |
| § | Civil Action No. 4:16-cv-3370 |
| § | |
| STARBUCKS CORPORATION d/b/a § | |
| STARBUCKS COFFEE COMPANY § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Jessica R. Pyne; Defendant at the time is only Host International, Inc. Plaintiff has already dismissed all claims against Starbucks Corporation.

2. On October 12, 2016, Plaintiff sued Defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully Submitted,

_____
James L. Doyle, II
Texas State Bar No. 06094450
Federal Bar No. 124686
jim@jimdoylelaw.com
JIM DOYLE LAW FIRM
1018 Preston, Suite 850
Houston, TX 77002
(713) 224-5066 – Telephone
(713) 224-5055 – Facsimile
ATTORNEYS FOR PLAINTIFF
JESSICA R. PYNE
a/k/a JESSICA HART
**COUNSEL FOR PLAINTIFF**
**JESSICA R. PYNE**

**AND**

_____
Timothy U. Stanford (*Attorney in Charge*)
Texas State Bar No. 19041030
tstanford@downsstanford.com
DOWNS STANFORD, P.C.
2001 Bryan Street, Suite 4000
Dallas, Texas 75201
(214) 748-7900 – Telephone
(214) 748-4530 – Facsimile
**ATTORNEYS FOR DEFENDANTS**
**STARBUCKS CORPORATION d/b/a**
**STARBUCKS COFFEE COMPANY and**
**HOST INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, the foregoing document was sent to the Clerk of the Court via the Southern District CM/ECF System, which will transmit a Notice of Electronic Filing to all attorneys of record.

/s/ *Timothy U. Stanford*
Timothy U. Stanford