UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSICA R PYNE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3370 |
| | § | |
| STARBUCKS CORPORATION D/B/A | § | |
| STARBUCKS COFFEE COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Stipulation of Dismissal filed on January 25, 2018 (Doc. 27), this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, this 26th day of January, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE